UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| KARL L. KING, ) | CASE NO. 1:22-CV-00713 |
| ) | |
| Petitioner, ) | SENIOR JUDGE |
| ) | CHRISTOPHER A. BOYKO |
| vs. ) | |
| ) | |
| FEDERAL BUREAU OF PRISONS, ) | OPINION AND ORDER |
| *et al.*, ) | |
| ) | |
| Respondents. ) | |

**CHRISTOPHER A. BOYKO, SR. J.:**

This matter is before the Court on Magistrate Judge Thomas M. Parker's Report and Recommendation (Doc. 5) pertaining to Petitioner's Motion to Dismiss Case without Prejudice and Motion for Required Information. (Doc. 4.) The Report and Recommendation recommends the dismissal of his petition and deny his request for legal forms. Objections to the Supplemental Report and Recommendation were due by October 3, 2022. Neither party has filed an objection.

Federal Rule of Civil Procedure 72(b) provides that objections to a report and recommendation must be filed within fourteen days after service. Fed. R. Civ. P. 72(b)(2). Both parties have failed to timely file any such objection. Therefore, the Court must assume that the parties are satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be duplicative and an inefficient use of the Court's limited resources. *Thomas v. Arn*, 474 U.S. 140, 155 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the Court **ADOPTS** the Supplemental Report and Recommendation of the Magistrate Judge (Doc. 5); **GRANTS IN PART** Defendant's Motion as to dismiss his petition (Doc. 4) and **DENIES** Defendant's requests legal forms.

**IT IS SO ORDERED.**

/s  Christopher A. Boyko
**CHRISTOPHER A. BOYKO**
**Senior United States District Judge**

**Dated: November 17, 2022**